DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-0102 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| SANH CHAN THAI, etc., et al., ) | Date: February 14, 2006 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorney of record herein, that the Status Conference Hearing scheduled for February 13, 2006 is hereby continued to **February 14, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: February 10, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Marlon Cobar
MARLON COBAR
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  February 10, 2006

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
VICTOR SOLANO

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: ___Feb. 10_____, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER
U.S. District Court Judge for the
Eastern District of California